COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09 CR 588 |
| ) | |
| ERIC VALENTINE #21448-424, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Eric Valentine ("Valentine") has just filed a pro se Motion for Reconsideration, asking that this Court take a fresh look at the sentence it recently imposed in his case. Nothing in that filing calls for a modification of the sentence--in imposing it under the standards prescribed by 18 U.S.C. §3553(a)("Section 3553(a)") this Court gave full consideration, to Valentine's cooperation even though the government had not filed a Sentencing Guideline §5K1.1 motion on that basis, and it also carefully factored in Judge Zagel's earlier-imposed custodial sentence that had been based on Valentine's violation of the conditions of supervised release in an earlier case. As for Valentine's principal argument (that his sentence should have been one-third off of the low end of the Sentencing Guidelines), such a sentence simply would have not been available to him (and would not have met the Section 3553(a) criteria) if the conditions for a Guideline §5K1.1 motion had been satisfied--another factor that this Court took fully into account.

Accordingly Valentine's motion is denied. This Court's sentence will stand.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 12, 2011